UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25618-BLOOM/Elfenbein

MOHAMMAD ABDELRAHMAN SAMHAN,

    Petitioner,

v.

KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security, in her official capacity*;
TODD LYONS, *Acting Director and Senior Official Performing the Duties of the Director of ICE, in his official capacity*; GARRETT RIPA, *Field Office Director for ICE ERO Miami, in his official capacity*; WARDEN OF KROME SPC, *in his/her official capacity*, U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondents.
_____/

**ORDER RE: PETITIONER'S EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER TO ENJOIN UNLAWFUL
REMOVAL AND ORDER IMMEDIATE RELEASE**

**THIS CAUSE** is before the Court upon Petitioner's Emergency Motion for Temporary Restraining Order to Enjoin Unlawful Removal and Order Immediate Release, ECF No. [13] ("Motion"). It is **ORDERED AND ADJUDGED** as follows:

1. Respondents shall file a response to the Motion by **February 17, 2026.**

2. Petitioner shall file any reply by **February 20, 2026.**

3. To preserve the status quo and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1368 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction"

Case No. 25-cv-25618-BLOOM/Elfenbein

while adjudicating the merits).

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 10, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Noticing 2241/Bivens U.S. Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov