**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-25618-BLOOM/Elfenbein**

MOHAMMAD ABDELRAHMAN SAMHAN,

      Petitioner,

v.

KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security, in her official capacity*; TODD LYONS, *Acting Director and Senior Official Performing the Duties of the Director of ICE, in his official capacity*; GARRETT RIPA, *Field Office Director for ICE ERO Miami, in his official capacity*; WARDEN OF KROME SPC, *in his/her official capacity*, U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Respondents.

_____/

**ORDER ON EMERGENCY MOTION AND**
**SETTING ORAL ARGUMENT ON PETITION**

**THIS CAUSE** is before the Court upon Petitioner Mohammad Abdelrahman Samhan's ("Petitioner") Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive Relief ("Petition") under 28 U.S.C. § 2241. ECF No. [1]. On February 10, 2026, Petitioner filed an Emergency Motion for Temporary Restraining Order to Enjoin Unlawful Removal and Order Immediate Release ("Emergency Motion"). ECF No. [13]. Respondents filed a Response, ECF No. [15], to which Petitioner filed a Reply, ECF No. [16]. The Court has reviewed the Petition, the Emergency Motion, the corresponding briefing, the record in this case, the applicable law, and is otherwise fully advised.

Petitioner's Emergency Motion requests that Respondents be enjoined from removing Petitioner to any third country until Respondents fully comply with all statutory and regulatory protocols governing removal under 8 U.S.C. § 1231(b)(2) and seeks Petitioner's immediate release. *Id.* at 8. Petitioner argues he "faces an imminent risk of removal to a third country without compliance with governing statutes and regulations." ECF No. [13]. Petitioner cites recent news reports that ICE chartered private flights to remove "similarly situated stateless Palestinians[,]" and argues that he "faces a concrete, imminent risk of unlawful removal." ECF No. [13] at 2.

Upon receipt of the Emergency Motion, the Court issued an Order to Show Cause that set a briefing schedule and ordered that Respondents "shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court" in order to preserve the status quo and the Court's jurisdiction. ECF No. [14]. Respondents argue that Petitioner has not made a proper showing to justify entry of a Temporary Restraining Order as Petitioner merely argues there is a "*risk* that Respondents *will attempt* to remove Petitioner without compliance with the required procedures." ECF No. [15] at 2. Respondents advise they are "not aware of any current plan to remove Petitioner to a third country[,]" and "Respondents will provide Petitioner notice and opportunity before removing Petitioner to a third country." *Id.*

In his Reply, Petitioner notes that the Court's February 10, 2026 Order to Show Cause addressed his request that Petitioner not to be transferred outside the Southern District of Florida or removed from the United States while the Petition is pending. ECF No. [16] at 1. Petitioner argues he "continues to suffer irreparable harm through his ongoing, unlawful physical incarceration[,]" and asks the Court to rule on the remaining relief in the Emergency Motion, namely Petitioner's immediate release. *Id.* The remaining relief sought in the Emergency Motion seeks Petitioner's release on the basis of unlawful detention and thus coincides with the merits of

the Petition.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Emergency Motion, **ECF No. [13]**, is **DENIED** as moot.

2. The Court will hear oral arguments as to whether Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive Relief, ECF No. [1], should be granted. A hearing is scheduled for **Thursday, April 2, 2026, at 1:30 p.m.** at the **United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128, Courtroom 10-2**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 25, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

Noticing 2241/Bivens U.S. Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov